FILED

1  DEIDRE COHEN KATZ, State Bar No. 166261
   CHRISTOPHER M. MCDONALD, State Bar No. 198093
2  JONATHAN GULSVIG, State Bar No. 252833          2009 FEB 10  PM 3: 41
   WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
3  1 City Boulevard West, Fifth Floor              CLERK U.S. DISTRICT COURT
   Orange, California 92868-3677                    CENTRAL DIST. O. CALIF.
4  Telephone:(714) 634-2522                              LOS ANGELES
   Facsimile: (714) 634-0686                       BY_____
5
   Attorneys for Defendant
6  FLAVORCHEM CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  ISMAEL ROSAS, GUSTAVO GOMEZ      )  Case No. CV09-0991 PA AJWx
    and REGULO ARREDONDO,            )
12                                   )  [Los Angeles Superior Court
            Plaintiffs,              )  Case No. BC 400974]
13                                   )
        vs.                          )  NOTICE OF REMOVAL
14                                   )
    FLAVORCHEM CORPORATION,          )
15  CITRUS AND ALLIED ESSENCES,      )
    LTD., BERJE, INC., EASTMAN       )
16  CHEMICAL COMPANY, and DOES 1-    )
    100, inclusive,                  )
17                                   )
            Defendants.              )
18  _____)

19

20      To: The Clerk of the United States District Court for the Central District of

21  California

22      PLEASE TAKE NOTICE that defendant Flavorchem Corporation

23  ("Flavorchem") hereby removes this action currently pending in the Superior Court

24  of the State of California, County of Los Angeles, Case No. BC 400974, to the

25  United States District Court for the Central District of California pursuant to 28

26  U.S.C. section 1441 on the grounds that federal diversity jurisdiction exists under 28

27  U.S.C. section 1332(a).

28      1.      On October 30, 2008, plaintiffs Ismael Rosas, Gustavo Gomez and

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

-1-
NOTICE OF REMOVAL

581258.1
3727-3.1785

1   Regulo Arredondo (collectively, "Plaintiffs") filed this action in Los Angeles

2   Superior Court. A copy of the Complaint is attached hereto as Exhibit 1. A copy of

3   all other "process, pleadings, and orders" in the underlying action are attached hereto

4   as Exhibit 2, pursuant to 28 U.S.C. section 1446(a).

5       2.      No defendant was served prior to January 12, 2009. Accordingly, this

6   Notice of Removal is filed within the time frame provided by 28 U.S.C. section

7   1446(b).

8       3.      Plaintiffs are individuals residing in the State of California.

9       4.      All defendants are corporations organized outside the State of

10  California, with principal places of business also outside the state:

11          a.      Flavorchem is organized under the laws of Illinois, with its

12                  principal place of business in Illinois.

13          b.      Defendant Citrus and Allied Essences, LTD, is organized under

14                  the laws of New York, with its principal place of business in New

15                  York.

16          c.      Defendant Berje, Inc., is organized under the laws of New York,

17                  with its principal place of business in New Jersey.

18          d.      Defendant Eastman Chemical Company is organized under the

19                  laws of Delaware, with its principal place of business in

20                  Tennessee.

21      5.      All defendants have joined in this Notice or otherwise consented to this

22  removal, which are attached as Exhibits 3 through 6.

23      6.      The law is clear that fictitious and/or non-existent parties, including Doe

24  defendants, are not required to join in or consent to the removal. *United Computer*

25  *Sys., Inc. v. AMT Corp.*, 298 F.3d 756, 765 (9th Cir. 2002) ("nominal" defendants

26  need not consent to removal).

27      7.      In their Complaint, Plaintiffs allege that they became seriously ill and

28  incurred damages in an amount that is "unknown but in excess of the jurisdictional

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

581258.1
3727-3.1785

-2-
NOTICE OF REMOVAL

1  limit in that the plaintiffs have received extensive medical care treatment, lost wages
2  due to the condition causing disability.  It is believed that the plaintiffs will require
3  life long attention and even lung transplants on one occasion." These allegations, on
4  their face, place the amount in controversy far in excess of $75,000.

5       8.     In addition, Plaintiffs' statements of damages indicate that each plaintiff
6  seeks damages in excess of $9 million.

7       9.     Should Plaintiffs prevail in their causes of action, the recovery amount
8  will more likely than not exceed $75,000.  The costs of "extensive medical care
9  treatment . . . and even lung transplants" for three plaintiffs would more likely than
10 not exceed the jurisdictional threshold on their own.

11      10.    Accordingly, based on the Complaint alone, it is more likely than not
12 that the allegations meet the $75,000 amount in controversy threshold.

13      11.    Accordingly, this Court has original jurisdiction over this action under
14 28 U.S.C. section 1332(a)(2) because this civil action: (a) is between citizens of this
15 State, on the one hand, and citizens or subjects of different states, on the other hand;
16 and (b) exceeds the sum or value of $75,000 exclusive of interest and costs.

17      12.    For the foregoing reasons, this action is removable pursuant to 28
18 U.S.C. section 1441.

19      WHEREFORE, Flavorchem gives notice that the above-described action
20 pending in the Los Angeles Superior Court is removed to this Court.

21
22
23 Dated: February  9 , 2009        WALSWORTH, FRANKLIN, BEVINS & McCALL,
                                    LLP
24
25                                 By:    _Christopher M. McDonald_
26                                        Deidre Cohen Katz
27                                        Christopher M. McDonald
                                          Jonathan Gulsvig
28                                        Attorneys for Defendant
                                          FLAVORCHEM CORPORATION

Walsworth,
Franklin,
Bevins &
McCall, LLP
ATTORNEYS AT LAW

581258.1
3727-3.1785

# EXHIBIT 1

1  A.G. ASSANTI & ASSOCIATES, aPLC
   Alessandro G. Assanti, Esq. (#181368)
2  alexassanti@assantilaw.com
   33 Brookline St.
3  Aliso Viejo, CA 92656
   Tel: 949-540-0439
4  Fax: 949-540-0458
   Attorney for Plaintiffs
5

6

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

OCT 30 2008

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
DOROTHY AWAIN

7              SUPERIOR COURT OF THE STATE OF CALIFORNIA

8         FOR THE COUNTY OF LOS ANGELES, CENTRAL JUSTICE CENTER

9

10  Ismael Rosas, Gustavo Gomez and Regulo      )   DOCKET NO: BC 400974
    Arredondo,                                  )
11                                              )
            Plaintiffs,                         )   PLAINTIFFS' COMPLAINT FOR:
12                                              )
        vs.                                     )   1.  PRODUCTS LIABILITY;
13                                              )
    Flavorchem Corporation; Citrus and Allied   )   2.  NEGLIGENCE; AND
14  Essences, LTD; Berje, Inc; Eastman Chemical )
    Company; and DOES 1-100, Inclusive,         )   3.  EXEMPLARY DAMAGES
15                                              )
            Defendants.                         )
16                                              )
                                                )
17                                              )

18

19      Plaintiffs: Ismael Rosas, Gustavo Gomez and Regulo Arredondo allege as follows:

20      1.    Plaintiff Ismael Rosas is at all relevant times mentioned herein an individual

21  residing in the city of Bell, California in and for the county of Los Angeles.

22      2.    Plaintiff Gustavo Gomez is at all relevant times mentioned herein an individual

23  residing in the city of Los Angeles, California in and for the county of Los Angeles.

24      3.    Plaintiff Regulo Arredondo is at all relevant times mentioned herein an

25  individual residing in the city of Southgate, California in and for the county of Los Angeles.

26  ///

27  ///

28  ///

-1-
PLAINTIFFS' COMPLAINT FOR PRODUCTS LIABILITY, NEGLIGENCE AND EXEMPLARY DAMAGES

3.      Plaintiffs are informed and believe and therein allege that there are other unknown plaintiffs who have been damaged and hereby agree to amend this complaint when such information is ascertained.

4. The named Plaintiffs herein all have been damaged by the defendant's actions as alleged herein while working at their employer, Gold Coast Ingredients, Inc., A California Corporation which is located in the City of Commerce California, in and for the County of Los Angeles.

5.      Plaintiff is unaware of the damages to other unknown parties and as to the where those damages were incurred or where other parties sustained their injuries.  Plaintiffs will allege this information when it is ascertained.

6. Defendant, Flavorchem Corporation is an Illinois Corporation, located in Downers Grove, Illinois.

7. Defendant, Citrus and Allied Essences, LTD, is an unknown entity with its principal place of business in Lake Success, New York.

8. Defendant Berje, Inc is a New Jersey Corporation that is located in Bloomfield, New Jersey.

9. Defendant, Eastman Chemical Company is an unknown entity with its principal place of business in Kingsport, Tennessee.

10.     The true names and capacities whether individual, corporate associate or otherwise of the defendants sued herein as DOES 1 through 100, inclusive are presently unknown to the plaintiffs who thereby sue by the fictitious names.

4.      Plaintiffs are informed and believe and based thereon allege that each of the fictitiously named defendants is/are responsible in some matter or for the occurrences of as alleged herein and that plaintiffs losses as alleged herein were proximately caused by some conduct by the Defendants and each of them.  Plaintiff will allege the true names and capacities of the DOE defendants when the same have been ascertained.

5.      Plaintiffs are informed and believe and based therein allege that at all times that herein each of the defendants, employer, employee, joint ventures, partner, agent,

1   representative, co-conspirator or and /or servant of each of the remaining defendants and in

2   doing each of the things herein alleged was acting within the scope and purpose of his/her

3   authority as such as employer, employee, partner, agent, representative, co-conspirator or and

4   servant and with the provision of consent ratification whether express or implied of each of

5   the remaining defendants.

6        6.     Plaintiffs are further informed and believe and based thereon allege that each of

7   the defendants sued as DOES 1 through 100, inclusive, are in some manner legally

8   responsible for the actions herein alleged and injuries suffered by each of the Plaintiffs.

9        7.     Plaintiffs herein allege that the alleged acts of the Defendants and each are

10   based upon their manufacturing, sale and distribution of diacetyl, acetoin and other unknown

11   compounds and substances used in the manufacturing of food products.

### FIRST CAUSE OF ACTION FOR PRODUCTS LIABILITY AGAINST ALL
### DEFENDANTS

16        8. Plaintiffs hereby incorporate paragraphs 1 through 7 as though plead fully herein.

17        9. That with in the last five years or longer, each of the named Plaintiffs were

18   employed at Gold Cost Ingredients, Inc as Chemical Mixers. As part of their employment,

19   they were responsible for using and mixing chemicals for use in the food industry.

20        10. As part of their duties, they would use the substances identified above (diacetyl

21   and acetoin) for use in the food products.

22        11. Each of the Plaintiffs were instructed without warning, to mix the above identified

23   chemicals without the use of protective breathing apparatus.

24        12. Each of the named Defendants named herein produced the subject chemicals and

25   sold, distributed and delivered them to Plaintiffs' employer, Gold Coast Ingredients, Inc.

26   ("Gold Coast") for use in food products made by Plaintiffs.

27        13. That at the time the products were manufactured sold and distributed to Gold

28   Coast the products were of defective and dangerous design, in that they caused those people

-3-

PLAINTIFFS' COMPLAINT FOR PRODUCTS LIABILITY, NEGLIGENCE AND EXEMPLARY DAMAGES

7

1    working and using the products in close proximity to develop lung injuries requiring

2    continuous and extensive medical attention.

3        14. The products were also dangerous in that each of the chemicals containers failed

4    to warn Plaintiffs, or their employer, Gold Coast that such products were dangerous or that

5    they should be handled with care and protective breathing apparatus should be used.

6        15. That each of the Defendants had a duty to make products that were used for

7    human consumption. In a manner that would make it safe to work with, manufacturer food

8    products and work with the named substances so as not to cause harm to workers and

9    consumers who used or ingested such chemicals.

10       16. The Defendants also had a duty to adequately warn any and all consumers,

11   workers who used the product that if in fact it was dangerous, that protective breathing

12   apparatus should be used.

13       15. As a result of the defective design and the failure to warn by the Defendants, and

14   each of them, Plaintiffs became seriously ill, which required extensive medical treatment and

15   lifelong care in an amount in excess of the jurisdictional minimum of this Court. On or about

16   March 29, 2007 The United States Department of Health and Human Resources issued a letter

17   notifying Plaintiffs that such chemicals complained of herein, were the cause of their medical

18   condition.

19

20              SECOND CAUSE OF ACTION FOR NEGLIGENCE AGAINST

21                                    ALL DEFENDANTS

22

23       16. Plaintiffs hereby incorporate paragraphs 1 through 15 as though plead fully herein.

24       17.     That each of the Defendants named herein had a duty to make products that are

25   safe for human consumption and interaction.

26       18. The true facts are is that each of the named substances have been found to be

27   dangerous when inhaled by consumers and workers who use the product in the manufacturer

28

- 4 -

PLAINTIFFS' COMPLAINT FOR PRODUCTS LIABILITY, NEGLIGENCE AND EXEMPLARY DAMAGES

1   of food products in that it causes lung failure and severe injuries to the human air passages

2   and airways.

3       19.    That as a result of the breach of this duty of care to make products that were

4   safe for consumption and inhalation the Plaintiffs have been damaged in an amount unknown

5   but in excess of the jurisdictional limit in that the Plaintiffs have received extensive medical

6   care treatment, lost wages due to the condition causing disability. It is believed that the

7   Plaintiffs will require life long attention and even lung transplants on one occasion.

8       20. Plaintiffs are informed and believe that the Defendant's became aware of the

9   serious damages that their products could cause when inhaled. At this point, each of the

10  parties had a duty to warn any and all persons who use the product in the manufacturer of food

11  products and consumption but failed to warn Plaintiffs and those persons similarly situated.

12      21.    As a direct result of each of the Defendants' failure to warn, Plaintiffs and each

13  of them suffered serious damages as alleged herein.

14

15      **THIRD CAUSE OF ACTION FOR EXEMPLARY DAMAGES AGAINST ALL**

16                    **DEFENDANTS.**

17

18      22.    Plaintiffs hereby incorporate paragraphs 1 through 21 as though plead fully

19  herein.

20      23.    As set fourth above, Plaintiffs are informed and believe that each of the

21  defendants became aware that the products diacetyl and acetoin were dangerous when

22  ingested by a human being but failed to warn persons who consumed the products but also

23  those persons like Plaintiffs who worked with the Products for use in the manufacturer of food

24  products.

25      24.    Such inaction was deceitful and meant to mislead Plaintiffs and consumers that

26  the product was safe when in fact it was knowingly unsafe.

27

28

PLAINTIFFS' COMPLAINT FOR PRODUCTS LIABILITY, NEGLIGENCE AND EXEMPLARY DAMAGES

9

From:Ohio Casualty          717+303+2284          01/26/2009 01:31        #229 P.003/030

25.     The Defendants and each of them either intentionally or in reckless disregard of the safety of Plaintiffs and those similarly situated failed to warn or to take the product off the market until it was made safe for human interaction or consumption.

26.     Because of their intentional and/or reckless disregard, Plaintiffs have suffered serious medical and economic damages.

27.  Because of the intentional or reckless behavior, Plaintiffs seek exemplary damages in an amount that will punish the Defendants for their despicable conduct and to deter others from engaging in such behavior in the future.

WHEREFORE, Plaintiffs' pray for judgment against Defendants and each of them as follows:

1.      For Damages according to Proof.

2.      For Punitive/Exemplary damages according to Proof.

3.      For attorney fees and costs of suit incurred herein and for such other and further leave and the court may deem just and proper.

4.      For general and compensatory damages according to proof at the time of trial.

Dated: October 28, 2008                     A.G. ASSANTI & ASSOCIATES, PLC

                                            *Angela Chappus*
                                            Alessandro G. Assanti, Esq.
                                            Angela N. Chappus, Esq.
                                            Attorneys for Plaintiffs,
                                            A.G. Assanti & Associates, a PLC

- 6 -
PLAINTIFFS' COMPLAINT FOR PRODUCTS LIABILITY, NEGLIGENCE AND EXEMPLARY DAMAGES

10

# EXHIBIT 2

From:Ohio Casualty                717+303+2284           01/26/2009 01:30    #227 P.007/033

JAN. 23. 2009   3:25PM    GA CRANDALL                            NO. 178    P.  6

<table>
<tr><td></td><td>SUM-100</td></tr>
</table>

**SUMMONS**
*(CITATION JUDICIAL)*

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*
Flavorchem Corporation; Citrus and Allied Essences,
LTD; Berje, Inc.; Eastman Chemical Company; and DOES
1-100, inclusive

COPY

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Ismael Rosas, Gustavo Gomez, and Regulo Arredondo

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

OCT 30 2008

John A. Clarke, Executive Officer/Clerk
By _____ Deputy
Dorothy SWAIN

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Los Angeles Superior Court<br>111 N. Hill St.<br><br>Los Angeles, CA 90012<br>Stanley Mosk Courthouse | CASE NUMBER:<br>*(Número del Caso):*<br>BC400974 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alessandro G. Assanti, Esq. (SBN 181368)       (949) 540-0439
A.G. Assanti & Associates, a PLC
33 Brookline Street
Aliso Viejo, CA 92656
DATE:   OCT 3 0 2008                       Clerk, by _____, Deputy
*(Fecha)*                                  *(Secretario)*           *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):*   Flavorchem Corporation

   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):*  1-14-09

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

12

From:Ohio Casualty    717+303+2284    01/26/2009 01:31    #227 P.014/033

JAN. 23. 2009 3:27PM    GA CRANDALL      NO. 178    P. 13

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Angela N. Chappus, Esq. (SBN 251739)<br>A.G. Assanti & Associates, a PLC<br>33 Brookline Street<br>Aliso Viejo CA 92656<br><br>TELEPHONE NO: (949) 540-0439    FAX NO:<br>ATTORNEY FOR (Name): Plaintiffs | COPY<br><br>CONFORMED COPY<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br><br>OCT 30 2008<br><br>John A. Clarke, Executive Officer/Clerk<br>By _____ Deputy<br>DOROTHY SWAIN |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME: Rosas, et al. v. Flavorchem, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: | BC400974 |

*Items 1–6 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400–3.403) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Construction defect (10) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Securities litigation (28) |
| [X] Product liability (24) | **Real Property** | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse condemnation (14) | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Wrongful eviction (33) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | **Unlawful Detainer** | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | [ ] Commercial (31) | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Residential (32) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Drugs (38) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | **Judicial Review** | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | [ ] Asset forfeiture (05) | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Petition re: arbitration award (11) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Writ of mandate (02) | |
| [ ] Wrongful termination (36) | [ ] Other judicial review (39) | |
| [ ] Other employment (15) | | |

**2.** This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve        in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision

**3.** Remedies sought (check all that apply): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [X] punitive

**4.** Number of causes of action (specify): Three

**5.** This case [ ] is [X] is not a class action suit.

**6.** If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: October 28, 2008

Angela N. Chappus, Esq. (SBN 251739)
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 (Rev. July 1, 2007)

CIVIL CASE COVER SHEET    Legal Solutions LA PRS

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

13

From:Ohio Casualty 717+303+2284 01/26/2009 01:30 #2970 P.015/034

JAN. 23. 2009 3:27PM GA CRANDALL NO. 178 P. 14

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) (*if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto*)

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability (*not asbestos or
  toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice—
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) (*not civil
  harassment*) (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract (*not unlawful detainer
    or wrongful eviction*)
  Contract/Warranty Breach—Seller
    Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case—Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage (*not provisionally
  complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent
    domain, landlord/tenant, or
    foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  (*arising from provisionally complex
  case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment (*non-
    domestic relations*)
  Sister State Judgment
  Administrative Agency Award
    (*not unpaid taxes*)
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
  above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non-
    harassment*)
  Mechanics Lien
  Other Commercial Complaint
    Case (*non-tort/non-complex*)
  Other Civil Complaint
    (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition (*not specified
  above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late
    Claim
  Other Civil Petition

CM-010 (Rev. July 1, 2007)  **CIVIL CASE COVER SHEET**  Page 2 of 2

14

From:Ohio Casualty          717+303+2284          01/26/2009 01:32   #227 P.016/055

JAN. 23. 2009  3:28PM    GA CRANDALL                    NO. 178    P. 15

| SHORT TITLE: Rosas, et. al. v. Silverwomen, et al. | CASE NUMBER: BC400974 |
|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:
JURY TRIAL? [ ] YES  CLASS ACTION? [X] YES  LIMITED CASE? [ ] YES  TIME ESTIMATED FOR TRIAL 7  [ ] HOURS/ [X] DAYS

Item II.  Select the correct district and courthouse location (4 steps – if you checked "Limited Case", skip to Item III, Pg. 4):

Step 1:  After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column A, the Civil Case Cover Sheet case type you selected.

Step 2:  Check **one** Superior Court type of action in Column B below which best describes the nature of this case.

Step 3:  In Column C, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (See Column C below)

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

Step 4: Fill in the information requested on page 4 in Item III; complete Item IV.  Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons –<br>See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | [ ] A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | [ ] A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/Property Damage/Wrongful Death Tort | Asbestos (04) | [ ] A6070  Asbestos Property Damage | 2. |
| | | [ ] A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | [ ] A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | [ ] A7210  Medical Malpractice - Physicians & Surgeons | 1., 2., 4. |
| | | [ ] A7240  Other Professional Health Care Malpractice | 1., 2., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | [ ] A7250  Premises Liability (e.g., slip and fall) | 1., 2., 4. |
| | | [ ] A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 2., 4. |
| | | [ ] A7270  Intentional Infliction of Emotional Distress | 1., 2., 3. |
| | | [ ] A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | [ ] A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| | Civil Rights (08) | [ ] A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | [ ] A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | [ ] A6013  Fraud (no contract) | 1., 2., 3. |

| LACIV 109 (Rev. 01/07)<br>LASC Approved 03-04 | CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION | LASC, rule 2.0<br>Page 1 of 4 |
|---|---|---|

From:Ohio Casualty          717+303+2284          01/26/2009 01:32   #227 P.017/033

JAN. 23. 2009  3:28PM     GA CRANDALL                          NO. 178    P. 16

| SHORTTITLE Rosas, et al. v. Flavorchem, et al. | | CASE NUMBER |
|---|---|---|

| A<br>Civil Case Cover<br>Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>- See Step 3 Above |
|---|---|---|
| **Professional Negligence (25)** | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| **Other (35)** | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Wrongful Termination (36)** | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| **Other Employment (15)** | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Breach of Contract/ Warranty (06) (not insurance)** | ☐ A6004  Breach of Rental/Lease Contract (not Unlawful Detainer or wrongful eviction) | 2., 5. |
| | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| **Collections (09)** | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| **Insurance Coverage (18)** | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| **Other Contract (37)** | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Eminent Domain/Inverse Condemnation (14)** | ☐ A7300  Eminent Domain/Condemnation   Number of parcels _____ | 2. |
| **Wrongful Eviction (33)** | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| **Other Real Property (26)** | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | ☐ A6032  Quiet Title | 2., 6. |
| | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer-Commercial (31)** | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| **Unlawful Detainer-Residential (32)** | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| **Unlawful Detainer-Drugs (38)** | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |
| **Asset Forfeiture (05)** | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| **Petition re Arbitration (11)** | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |

*(Left side vertical category labels: Non-Personal Injury/Property Damage/ Wrongful Death Tort (Cont'd) | Employment | Contract | Real Property | Unlawful Detainer | Judicial Review)*

LACIV 109 (Rev. 01/07)                 **CIVIL CASE COVER SHEET ADDENDUM**                 LASC, rule 2.0
LASC Approved 03-04                    **AND STATEMENT OF LOCATION**                        Page 2 of 4

**SHORTTITLE** Rosas, et al. v. Flavorchem, et al.          **CASE NUMBER**

| A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons – See Step 3 Above |
|---|---|---|
| **Judicial Review (Cont'd.)** Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8. |
| | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | ☐ A6153  Writ - Other Limited Court Case Review | 2, |
| Other Judicial Review (39) | ☐ A6150  Other Writ / Judicial Review | 2, 8. |
| **Provisionally Complex Litigation** Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8. |
| Construction Defect (10) | ☐ A6007  Construction defect | 1., 2., 3. |
| Claims Involving Mass Tort (40) | ☐ A6008  Claims Involving Mass Tort | 1., 2., 8. |
| Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| Toxic Tort Environmental (30) | ☒ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8.. |
| **Enforcement of Judgment** Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 9. |
| | ☐ A6160  Abstract of Judgment. | 2, 6. |
| | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9. |
| | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8. |
| | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8. |
| | ☐ A6112  Other Enforcement of Judgment Case | 2, 8., 9. |
| **Miscellaneous Civil Complaints** RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8. |
| Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8. |
| Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2, 3., 9. |
| | ☐ A6123  Workplace Harassment | 2, 3., 9. |
| | ☐ A6124  Elder/Dependent Adult Abuse Case | 2, 3., 9. |
| | ☐ A6190  Election Contest | 2. |
| | ☐ A6110  Petition for Change of Name | 2, 7. |
| | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3., 4., 8. |
| | ☐ A6100  Other Civil Petition | 2, 9. |

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC, rule 2.0
Page 3 of 4

17

From:Ohio Casualty                717+303+2284              01/26/2009 01:32   #227 P.019/033

JAN. 23. 2009  3:29PM    GA CRANDALL                                  NO. 178.   P. 18

| SHORT TITLE: Rosas, et al. v. Flavorchern, et al. | CASE NUMBER: |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II, Step 3 on Page 1, as the proper reason for filing in the court location you selected.

| REASON: CHECK THE NUMBER UNDER COLUMN C WHICH APPLIES IN THIS CASE | ADDRESS: 2429 Yates Avenue |
|---|---|
| ☐1. ☐2. ☒3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | |
| CITY: Commerce | STATE: CA | ZIP CODE: 90040 | |

Item IV. *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the Los Angeles Superior Court courthouse in the Central District of the Los Angeles Superior Court (Code Civ. Proc., § 392 et seq., and LASC Local Rule 2.0, subds. (b), (c) and (d)).

Dated: October 28, 2008

*[signature: Angela N. Chappus]*

[SIGNATURE OF ATTORNEY/FILING PARTY]

Angela N. Chappus, Esq.

---

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet form CM-010.

4. Complete Addendum to Civil Case Cover Sheet form LACIV 109 (Rev 01/07), LASC Approved 03-04.

5. Payment in full of the filing fee, unless fees have been waived.

6. Signed order appointing the Guardian ad Litem, JC form FL-935, if the plaintiff or petitioner is a minor under 18 years of age, or if required by Court.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

---

LACIV 109 (Rev. 01/07)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**

LASC, rule 2.0
Page 4 of 4

18

From:Ohio Casualty          717+303+2284          01/26/2009 01:33      #22  P. 020/039

JAN. 23. 2009  3:29PM    GA CRANDALL                    NO. 178    P. 19

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE

Case Number _____

**BC400974**

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

Your case is assigned for all purposes to the judicial officer indicated below. There is additional information on the reverse side of this form.

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| Hon. Gregory Alarcon | 36 | 410 | Hon. Mary H. Strobel | 32 | 406 |
| Hon. Conrad Aragon | 49 | 509 | Hon. Ernest M. Hiroshige | 54 | 512 |
| Hon. Helen I. Bendix | 18 | 308 | Hon. Jane L. Johnson | 56 | 514 |
| Hon. Elihu M. Berle | 42 | 416 | Hon. Ann I. Jones | 40 | 414 |
| Hon. (pending) | 23 | 315 | Hon. Ruth Ann Kwan | 72 | 731 |
| Hon. Kevin C. Brazile | 20 | 310 | Hon. (pending) | 33 | 409 |
| Hon. Soussan G. Bruguera | 71 | 729 | Hon. Malcolm H. Mackey | 55 | 515 |
| Hon. Susan Bryant-Deason | 52 | 510 | Hon. Rita Miller | 16 | 306 |
| Hon. Luis A. Lavin | 13 | 630 | Hon. David L. Minning | 61 | 632 |
| Hon. Victoria Chaney* | 324 | CCW | Hon. Aurelio Munoz | 47 | 507 |
| Hon. Judith C. Chirlin | 19 | 311 | Hon. Mary Ann Murphy | 25 | 317 |
| Hon. Ralph W. Dau | 57 | 517 | Hon. Joanne O'Donnell | 37 | 413 |
| Hon. Maureen Duffy-Lewis | 38 | 412 | Hon. Yvette M. Palazuelos | 28 | 318 |
| Hon. James R. Dunn | 26 | 316 | Hon. Mel Red Recana | 45 | 529 |
| Hon. Mark Mooney | 68 | 617 | Hon. Alan S. Rosenfield | 31 | 407 |
| Hon. William F. Fahey | 78 | 730 | Hon. Teresa Sanchez-Gordon | 74 | 735 |
| Hon. (pending) | 51 | 511 | Hon. John P. Shook | 53 | 513 |
| Hon. Edward A. Ferns | 69 | 621 | Hon. Ronald M. Sohigian | 41 | 417 |
| Hon. Kenneth R. Freeman | 64 | 601 | Hon. Michael C. Solner | 39 | 415 |
| Hon. Richard Fruin | 15 | 307 | Hon. Michael L. Stern | 62 | 600 |
| Hon. Terry A. Green | 14 | 300 | Hon. Rolf M. Treu | 58 | 516 |
| Hon. Elizabeth A. Grimes | 30 | 400 | Hon. Elizabeth Allen White | 48 | 506 |
| Hon. Paul Gutman | 34 | 408 | Hon. John Shepard Wiley Jr. | 50 | 508 |
| Hon. Robert L. Hess | 24 | 314 | Hon. Mary Thornton-House | 17 | 309 |
|  |  |  | Other |  |  |

*Class Actions

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____     JOHN A. CLARKE, Executive Officer/Clerk

By _____, Deputy Clerk

LACIV CCH 190 (Rev. 01/06)        **NOTICE OF CASE ASSIGNMENT –**        Page 1 of 2
LASC Approved 05-06                **UNLIMITED CIVIL CASE**

From:Ohio Casualty          717+303+2284        01/26/2009 01:33    #227 P.021/039

JAN. 23. 2009   3:29PM    GA CRANDALL                      NO. 178    P. 20



from the
*LOS ANGELES SUPERIOR COURT*
**ADR DEPARTMENT**

If you have a general jurisdiction case involving one of these 6 subject matter areas:

- commercial
- employment
- medical malpractice

- real estate
- trade secrets
- unfair competition

*Your case may be eligible for the court's pilot Early Neutral Evaluation (ENE) program.*

- **ENE can reduce litigation time and costs and promote settlement.**

- ENE is an informal process that offers a non-binding evaluation by an experienced neutral lawyer with expertise in the subject matter of the case. After counsel present their claims and defenses, the neutral evaluates the case based on the law and the evidence.

- **ENE is voluntary and confidential.**

- The benefits of ENE include helping to clarify, narrow or eliminate issues, identify areas of agreement, offer case-planning suggestions and, if requested by the parties, assist in settlement.

- **The first three (3) hours of the ENE session are free of charge.**

See back for a list of participating pilot courthouses and departments.

*For additional ENE information, visit the Court's web site at www.lasuperiorcourt.org/adr*

.05/11/05                                                    Page 1 of 2

2o

### LOS ANGELES SUPERIOR COURT
### ALTERNATIVE DISPUTE RESOLUTION INFORMATION PACKAGE
[CRC 3.221 Information about Alternative Dispute Resolution]

The plaintiff shall serve a copy of this Information Package on each defendant along with the complaint (Civil only).

**What is ADR:**
Alternative Dispute Resolution (ADR) is the term used to describe all the other options available for settling a dispute which once had to be settled in court. ADR processes, such as arbitration, mediation, neutral evaluation (NE), and settlement conferences, are less formal than a court process and provide opportunities for parties to reach an agreement using a problem-solving approach.

There are many different kinds of ADR. All of them utilize a "neutral", an impartial person, to decide the case or help the parties reach an agreement.

**Mediation:**
In mediation, a neutral person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

    **Cases for Which Mediation May Be Appropriate**
    Mediation may be particularly useful when parties have a relationship they want to preserve, for example, a dispute between or among family members, neighbors, or business partners. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

    **Cases for Which Mediation May Not Be Appropriate**
    Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Arbitration:**
In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. *Nonbinding arbitration* means that the parties are free to request a trial if they do not accept the arbitrator's decision.

    **Cases for Which Arbitration May Be Appropriate**
    Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

    **Cases for Which Arbitration May Not Be Appropriate**
    If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Neutral Evaluation:**
In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

    **Cases for Which Neutral Evaluation May Be Appropriate**
    Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

    **Cases for Which Neutral Evaluation May Not Be Appropriate**
    Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences:**
Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

LAADR 005 (Rev. 07/08) (Pending Approval)
LASC Approval 10-03

Page 1 of 2

From:Ohio Casualty                   717+303+2284                   01/26/2009 01:34  #227 P.0237033

JAN. 23. 2009  3:30PM    GA CRANDALL                                    NO. 178   P.  22

# LOS ANGELES COUNTY
## DISPUTE RESOLUTION PROGRAMS ACT (DRPA) CONTRACTORS

The following organizations provide mediation services under contract with the Los Angeles County Department of Community & Senior Services. Services are provided to parties in any civil case filed in the Los Angeles County Superior Court. Services are not provided under this program to family, probate, traffic, criminal, appellate, mental health, unlawful detainer/eviction or juvenile court cases.

**Asian-Pacific American Dispute Resolution Center**
**(213) 250-8190**
(Spanish & Asian languages capability)

**California Academy of Mediation Professionals**
**(818) 377-7250**

**Center for Conflict Resolution**
**(818) 380-1840**

**Inland Valleys Justice Center**
**(909) 397-5780**
(Spanish language capability)

**Office of the Los Angeles City Attorney Dispute Resolution Program**
**(213) 485-8324**
(Spanish language capability)

**Los Angeles County Bar Association Dispute Resolution Services**
**toll free number 1-877-4Resolve (737-6583) or (213) 896-6533**
(Spanish language capability)

**Los Angeles County Department of Consumer Affairs**
**(213) 974-0825**
(Spanish language capability)

**The Loyola Law School Center for Conflict Resolution**
**(213) 736-1145**
(Spanish language capability)

**Martin Luther King Legacy Association Dispute Resolution Center**
**(323) 290-4132**
(Spanish language capability)

**City of Norwalk**
**(562) 929-5603**

---

DRPA Contractors do not provide legal advice or assistance, including help with responding to summonses. Accessing these services does not negate any responsibility you have to respond to a summons or appear at any set court date. See the reverse side of this sheet for information on the mediation process and obtaining legal advice.

---

### THIS IS A TWO-SIDED DOCUMENT.

From:Ohio Casualty          717+303+2284          01/26/2009 01:34    #228 P.022/033

JAN. 23. 2009  3:30PM    GA CRANDALL                          NO. 178    P. 23

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION TO PARTICIPATE IN ALTERNATIVE DISPUTE RESOLUTION (ADR) | CASE NUMBER |
|---|---|

The undersigned parties stipulate to participate in an Alternative Dispute Resolution (ADR) process in the above-entitled action, as follows:

☐ Mediation

☐ Non-Binding Arbitration

☐ Binding Arbitration

☐ Early Neutral Evaluation

☐ Settlement Conference

☐ Other ADR Process (describe): _____

Dated: _____

| Name of Stipulating Party<br>☐ Plaintiff ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
|---|---|---|
| Name of Stipulating Party<br>☐ Plaintiff ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Name of Stipulating Party<br>☐ Plaintiff ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |
| Name of Stipulating Party<br>☐ Plaintiff ☐ Defendant ☐ Cross-defendant | Name of Party or Attorney Executing Stipulation | Signature of Party or Attorney |

☐ Additional signature(s) on reverse

LAADR 001 10-04
LASC Approved
(Rev. 01-07)

**STIPULATION TO PARTICIPATE IN
ALTERNATIVE DISPUTE RESOLUTION (ADR)**

Cal. Rules of Court, rule 3.221
Page 1 of 2

From:Ohio Casualty    717+303+2284    01/26/2009 01:34 #222 P.025/031

JAN. 23. 2009  3:30PM    GA CRANDALL    NO. 178    P. 24

CIV-050

**– DO NOT FILE WITH THE COURT–**
**–UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 –**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):
A.G. ASSANTI & ASSOCIATES, aPLC
Alessandro G. Assanti, Esq. (SBN 181368)
33 Brookline Street
Aliso Viejo, CA. 92656

TELEPHONE NO:
949-540-0439

FOR COURT USE ONLY

ATTORNEY FOR (Name): Plaintiffs

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Ismael Rosas, Gustavo Gomez, and Regulo Arredondo
DEFENDANT: Flavorchem Corp., Et al.

CASE NUMBER:
BC400974

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

To (name of one defendant only): Flavorchem Corporation
Plaintiff (name of one plaintiff only): Gustavo Gomez
seeks damages in the above-entitled action, as follows:

|   |   | AMOUNT |
|---|---|---|
| **1. General damages** | | |
| a. [✓] Pain, suffering, and inconvenience | | $ 4,000,000 |
| b. [✓] Emotional distress | | $ 2,000,000 |
| c. [✓] Loss of consortium | | $ >1,000,000 |
| d. [ ] Loss of society and companionship (wrongful death actions only) | | $ |
| e. [ ] Other (specify) | | $ |
| f. [ ] Other (specify) | | $ |
| g. [ ] Continued on Attachment 1.g. | | |
| **2. Special damages** | | |
| a. [✓] Medical expenses (to date) | | $ >10,000 |
| b. [✓] Future medical expenses (present value) | | $ >1,500,000 |
| c. [✓] Loss of earnings (to date) | | $ >10,000 |
| d. [✓] Loss of future earning capacity (present value) | | $ >100,000 |
| e. [ ] Property damage | | $ |
| f. [ ] Funeral expenses (wrongful death actions only) | | $ |
| g. [ ] Future contributions (present value) (wrongful death actions only) | | $ |
| h. [ ] Value of personal service, advice, or training (wrongful death actions only) | | $ |
| i. [ ] Other (specify) | | $ |
| j. [ ] Other (specify) | | $ |
| k. [ ] Continued on Attachment 2.k. | | |

3. [✓] Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ >1,000,000
when pursuing a judgment in the suit filed against you.

Date: January 1, 2009
Alessandro G. Assanti, Esq.
(TYPE OR PRINT NAME)    (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)    Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

24

From:Ohio Casualty          717+303+2284          01/26/2009 01:30     #23 P.026/035

JAN. 23. 2009  3:31PM    GA CRANDALL                          NO. 178   P. 25

CIV-050

| PLAINTIFF: Ismael Rosas, Gustavo Gomez, and Regulo Arredondo | CASE NUMBER: |
|---|---|
| DEFENDANT: Flavorchem Corp., Et al. | BC400974 |

### PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in Item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages  ☐ Other *(specify)*:

   b. on *(name)*:
   c. by serving ☐ defendant  ☐ other *(name and title or relationship to person served)*:

   d. ☐ by delivery  ☐ at home  ☐ at business
      (1) date:
      (2) time:
      (3) address:
   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box)*:
   a. ☐ Personal service. By personally delivering copies. (CCP § 415.10)
   b. ☐ Substituted service on corporation, unincorporated association (including partnership), or public entity. By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ Substituted service on natural person, minor, conservatee, or candidate. By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) (Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)
   d. ☐ Mail and acknowledgment service. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) (Attach completed acknowledgment of receipt.)
   e. ☐ Certified or registered mail service. By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) (Attach signed return receipt or other evidence of actual delivery to the person served.)
   f. ☐ Other *(specify code section)*:
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

► _____
   (SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

► _____
   (SIGNATURE)

CIV-010 [Rev. January 1, 2007]          **PROOF OF SERVICE**          Page 2 of 2
                                        (Statement of Damages)          Code of Civil Procedure §§ 425.11, 425.115

From:Ohio Casualty                        717+303+2284                01/26/2009 01:34    #227 P.027/033

JAN.23.2009  3:31PM    GA CRANDALL                                              NO. 178    P. 26

- DO NOT FILE WITH THE COURT-                                                   CIV-050
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*:<br>A.G. ASSANTI & ASSOCIATES, aPLC<br>Alessandro G. Assanti, Esq. (SBN 181368)<br>33 Brookline Street<br>Aliso Viejo, CA 92656<br>ATTORNEY FOR *(name)*:  Plaintiffs | TELEPHONE NO.:<br>949-540-0439 | FOR COURT USE ONLY |
|---|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA  90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Ismael Rosas, Gustavo Gomez, and Regulo Arredondo
DEFENDANT: Flavorchem Corp., Et al.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>BC400974 |
|---|---|

To *(name of one defendant only)*: Flavorchem Corporation
Plaintiff *(name of one plaintiff only)*: Regulo Arredondo
seeks damages in the above-entitled action, as follows:

**1. General damages**                                                           **AMOUNT**
a. ☑ Pain, suffering, and inconvenience .................................................... $ 4,000,000
b. ☑ Emotional distress. .................................................................. $ 2,000,000
c. ☑ Loss of consortium .................................................................. $ >1,000,000
d. ☐ Loss of society and companionship *(wrongful death actions only)* ................... $ _____
e. ☐ Other *(specify)* ..................................................................... $ _____
f. ☐ Other *(specify)* ..................................................................... $ _____
g. ☐ Continued on Attachment 1.g.

**2. Special damages**
a. ☑ Medical expenses *(to date)* ......................................................... $ >10,000
b. ☑ Future medical expenses *(present value)* ............................................ $ > 1,500,000
c. ☑ Loss of earnings *(to date)* ......................................................... $ >10,000
d. ☑ Loss of future earning capacity *(present value)* .................................... $ >100,000
e. ☐ Property damage ...................................................................... $ _____
f. ☐ Funeral expenses *(wrongful death actions only)* ..................................... $ _____
g. ☐ Future contributions *(present value) (wrongful death actions only)* ................. $ _____
h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ....... $ _____
i. ☐ Other *(specify)* ..................................................................... $ _____
j. ☐ Other *(specify)* ..................................................................... $ _____
k. ☐ Continued on Attachment 2.k.

3. ☑ Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*  $ >1,000,000
      when pursuing a judgment in the suit filed against you.

Date:  January 1, 2009
Alessandro G. Assanti, Esq.
_____      ►  _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                   Page 1 of 2

Form Adopted for Mandatory Use          STATEMENT OF DAMAGES          Code of Civil Procedure, §§ 425.11, 425.115
Judicial Council of California          (Personal Injury or Wrongful Death)      www.courtinfo.ca.gov
CIV-050 [Rev. January 1, 2007]

American LegalNet, Inc.
www.FormsWorkflow.com

26

From:Ohio Casualty    717-303-2264    01/26/2009 02:39 #282 P.028/037

CIV-050

| PLAINTIFF: Ismael Rosas, Gustavo Gomez, and Regulo Arredondo | CASE NUMBER: |
| DEFENDANT: Flavorchem Corp., Et al. | BC400974 |

### PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages  ☐ Other *(specify):*

   b. on *(name):*

   c. by serving ☐ defendant  ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery  ☐ at home  ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) (Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) (Attach completed acknowledgment of receipt.)
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) (Attach signed return receipt or other evidence of actual delivery to the person served.)
   f. ☐ **Other** *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.

4. Fee for service: $

5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
   (SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
   (SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
(Statement of Damages)

Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115

**27**

From:Ohio Casualty                    717+303+2264            01/26/2009 01:35     #2296 029/038

JAN. 23. 2009  3:32PM    GA CRANDALL                            NO. 178    P. 28

- DO NOT FILE WITH THE COURT-                                      CIV-050
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585-

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | |
|---|---|
| A.G. ASSANTI & ASSOCIATES, aPLC | TELEPHONE NO.: 949-540-0439 |
| Alessandro G. Assanti, Esq. (SBN 181368) | |
| 33 Brookline Street | |
| Aliso Viejo, CA 92656 | |
| ATTORNEY FOR (name): Plaintiffs | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Ismael Rosas, Gustavo Gomez, and Regulo Arredondo
DEFENDANT: Flavorchem Corp., Et al.

| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: BC400974 |
|---|---|

To (name of one defendant only): Flavorchem Corporation
Plaintiff (name of one plaintiff only): Ismael Rosas
seeks damages in the above-entitled action, as follows:

1. General damages                                                      AMOUNT
   a. [✓] Pain, suffering, and inconvenience ........................... $4,000,000
   b. [ ] Emotional distress .......................................... $2,000,000
   c. [✓] Loss of consortium .......................................... $>1,000,000
   d. [ ] Loss of society and companionship (wrongful death actions only) $____
   e. [ ] Other (specify) ............................................. $____
   f. [ ] Other (specify) ............................................. $____
   g. [ ] Continued on Attachment 1.g.

2. Special damages
   a. [✓] Medical expenses (to date) .................................. $>100,000
   b. [✓] Future medical expenses (present value) ..................... $>1,500,000
   c. [✓] Loss of earnings (to date) .................................. $>100,000
   d. [✓] Loss of future earning capacity (present value) ............. $>800,000
   e. [ ] Property damage ............................................. $____
   f. [ ] Funeral expenses (wrongful death actions only) .............. $____
   g. [ ] Future contributions (present value) (wrongful death actions only) $____
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) $____
   i. [ ] Other (specify) ............................................. $____
   j. [ ] Other (specify) ............................................. $____
   k. [ ] Continued on Attachment 2.k.

3. [✓] Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of (specify): $ >1,000,000
   when pursuing a judgment in the suit filed against you.

Date: January 1, 2009

Alessandro G. Assanti, Esq.
_____                    _____
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                         Page 1 of 2

Form Adopted for Mandatory Use          STATEMENT OF DAMAGES          Code of Civil Procedure, §§ 425.11, 425.115
Judicial Council of California           (Personal Injury or Wrongful Death)          www.courtinfo.ca.gov
CIV-050 [Rev. January 1, 2007]

American LegalNet, Inc.
www.FormsWorkflow.com

28

From:Ohio Casualty                           717+303+2284          01/26/2009 01:35

JAN. 23. 2009   3:32PM       GA CRANDALL                                    NO. 178    P. 29

CIV-050

| PLAINTIFF: Ismael Rosas, Gustavo Gomez, and Regulo Arredondo | CASE NUMBER: |
| DEFENDANT: Flavorchem Corp., Et al. | BC400974 |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in Item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages ☐ Other *(specify):*

   b. on *(name):*

   c. by serving ☐ defendant   ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery   ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) (Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) (Attach completed acknowledgment of receipt.)
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) (Attach signed return receipt or other evidence of actual delivery to the person served.)
   f. ☐ **Other** *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: ▶

_____
(SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date: ▶

_____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]          PROOF OF SERVICE          Page 2 of 2
                                        (Statement of Damages)          Code of Civil Procedure §§ 425.11, 425.115

29

From:Ohio Casualty

717+303+2284  01/26/2009 01:35 #227 P.031/035

JAN. 23. 2009  3:32PM   GA CRANDALL                    NO. 178   P. 30

01/05/2009  14:42   213-639-1363        L.A. SUPERIOR COURT         PAGE  01

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 12/15/08 | | DEPT. 323 |
| HONORABLE CAROLYN B. KUHL | JUDGE | I. FLORES | DEPUTY CLERK |
| HONORABLE | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| J. O'NEAL, C.A. | Deputy Sheriff | NONE | Reporter |

| 1:30 pm | BC400974 | Plaintiff Counsel | NO APPEARANCE |
|---|---|---|---|
| | ISMAEL ROSAS ET AL VS FLAVORCHEM CORPORATION ET AL | Defendant Counsel | NO APPEARANCE |

DEEMED COMPLEX: 12/15/08            (LEGAL FILE UNAVAILABLE)

NATURE OF PROCEEDINGS:

COURT ORDER REGARDING COMPLEX DETERMINATION:

Pursuant to California Rule of Court 3.403 and Los
Angeles Superior Court Rule 7.3(k), the Managing
Judge of the Complex Litigation Program is to review
all cases that are designated on the civil cover
sheet as "provisionally" complex (see California Rule
of Court 3.400(c)) in order to determine whether or
not the case shall be designated as complex pursuant
to California Rule of Court 3.403.

Having reviewed this case, this court determines that
the case should be, and hereby is, designated as
complex. With the concurrence of the Judge originally
assigned to this case, the case is transferred to the
Complex Litigation Program. The case is assigned to
Judge ANTHONY J. MOHR in Department 309 at Central
Civil West Courthouse for all further proceedings.

The case is ordered stayed until the initial status
conference date. Notice of Initial Status Conference
is to be given by the Clerk in Department 309. Until
the order setting the Initial Status Conference is
issued, no responsive pleadings may be filed and
all discovery is stayed. Parties may file a Notice of
Appearance in lieu of an answer or other responsive
pleading. Nothing herein stays the time for filing an
affidavit of prejudice pursuant to Code of Civil
Procedure Section 170.6.

                    Page   1 of  3   DEPT. 323

| MINUTES ENTERED |
|---|
| 12/15/08 |
| COUNTY CLERK |

JAN. 23. 2009  3:33PM    GA CRANDALL                                    NO. 178   P. 31

01/05/2009 14:42   219-639-1363              L.A. SUPERIOR COURT        PAGE  02

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 12/15/08                                               DEPT. 323

HONORABLE  CAROLYN B. KUHL         JUDGE   I. FLORES        DEPUTY CLERK

HONORABLE                      JUDGE PRO TEM           ELECTRONIC RECORDING MONITOR

          J. O'NEAL, C.A.      Deputy Sheriff  NONE          Reporter

1:30 pm  BC400974                    Plaintiff   NO APPEARANCE
                                     Counsel
         ISMAEL ROSAS ET AL
         VS                          Defendant   NO APPEARANCE
         FLAVORCHEM CORPORATION ET AL  Counsel

         DEEMED COMPLEX: 12/15/08              (LEGAL FILE UNAVAILABLE)

NATURE OF PROCEEDINGS:

Pursuant to Government Code Section 70616(c), each
party is ordered to pay $550.00 for complex fees,
payable to Los Angeles Superior Court. within ten (10)
calendar days from this date.

Counsel for plaintiffs is ordered to give notice to
all parties.

          CLERK'S CERTIFICATE OF MAILING/
             NOTICE OF ENTRY OF ORDER

I, the below named Executive Officer/Clerk of the
above-entitled court, do hereby certify that I am not
a party to the cause herein, and that this date I
served Notice of Entry of the above minute order of
12/15/08, upon each party or counsel named below by
depositing in the United States mail at the courthouse
in Los Angeles, California, one copy of the
original entered herein in a separate sealed envelope
for each, addressed as shown below with the postage
thereon fully prepaid.

Date: 12/15/08
John A. Clarke, Executive Officer/Clerk

By: _____
            I. Flores, Deputy Clerk

                    Page   2 of  3    DEPT. 323

MINUTES ENTERED
12/15/08
COUNTY CLERK

Case 2:09-cv-00991-PA-AJW   Document 1   Filed 02/10/09   Page 32 of 47   Page ID #:32
From:Ohio Casualty                     717+303+2284                01/26/2009 01:36   #227 P.037/039

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE: 12/15/08                                          DEPT. 323

HONORABLE CAROLYN B. KUHL        JUDGE I. FLORES        DEPUTY CLERK

HONORABLE                        JUDGE PRO TEM          ELECTRONIC RECORDING MONITOR

   J. O'NEAL, C.A.          Deputy Sheriff  NONE                Reporter

| | | | |
|---|---|---|---|
| 1:30 pm | BC400974 | Plaintiff Counsel | NO APPEARANCE |
| | ISMAEL ROSAS ET AL VS FLAVORCHEM CORPORATION ET AL | Defendant Counsel | NO APPEARANCE |
| | DEEMED COMPLEX: 12/15/08 | | (LEGAL FILE UNAVAILABLE) |

NATURE OF PROCEEDINGS:


A.G. ASSANTI & ASSOCIATES, APLC
ALESSANDRO G. ASSANTI
33 Brookline Street
Aliso Viejo, CA   92656

MINUTES ENTERED
12/15/08
COUNTY CLERK

32

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Alessandro G. Assanti, Esq.   (SBN: 181368)<br>Assanti and Associates, a PLC<br>33 Brookline St.<br>Aliso Viejo, CA 92653<br>TELEPHONE NO.: (949)540-0439     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*  Ismael Rosas, Gustavo Gomez and Regulo Arredondo | FOR COURT USE ONLY<br>**FILED**<br>LOS ANGELES SUPERIOR COURT<br>**JAN 20 2009**<br>JOHN A. CLARKE, CLERK<br>BY RAUL SANCHEZ, DEPUTY |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles |
| STREET ADDRESS:  111 N. Hill Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE:  Los Angeles, CA 90012 |
| BRANCH NAME:  Stanley Mosk Courthouse |

| PLAINTIFF/PETITIONER: Ismael Rosas, Gustavo Gomez, Regulo Arredondo | CASE NUMBER:<br>BC 400974 |
| DEFENDANT/RESPONDENT: Flavorchem Corporation, et al. | |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>D-64 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*  Statement of Damages, CCCS Addendum, Notice of Assignment, Minutes

3. a. Party served *(specify name of party as shown on documents served):*

   Berje, Inc.

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   Linda Montgomery - Authorized to Accept Service by Agent of Service

4. Address where the party was served:
   44-017 Erie Court, Indian Wells, CA 92210

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 01/13/09     (2) at *(time):*  10:00 AM
   b. ☐ **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: Ismael Rosas, Gustavo.Gomez, Regulo Arredondo | CASE NUMBER: |
| --- | --- |
| DEFENDANT/RESPONDENT: Flavorchem Corporation, et al. | BC 400974 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:           (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):*  Berje, Inc.
    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                        ☐ other:

7. **Person who served papers**
  a. Name:  James Jackson
  b. Address: 1442 E. Lincoln Ave., #201, Orange, CA 92865
  c. Telephone number:  (714)748-4478
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: January 13, 2009

James Jackson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *James Jackson* (signature)
(SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Alessandro G. Assanti, Esq.   (SBN: 181368)<br>Assanti and Associates, a PLC<br>33 Brookline St.<br>Aliso Viejo, CA 92653 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (949)540-0439          FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:  Ismael Rosas, Gustavo Gomez and Regulo Arredondo | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>JAN 20 2009<br><br>JOHN A. CLARKE, CLERK<br><br>BY RAUL SANCHEZ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS:  111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE:  Los Angeles, CA 90012
BRANCH NAME:  Stanley Mosk Courthouse

| PLAINTIFF/PETITIONER: Ismael Rosas, Gustavo Gomez, Regulo Arredondo | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Flavorchem Corporation, et al. | BC 400974 D-64 |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓]  summons
   b. [✓]  complaint
   c. [✓]  Alternative Dispute Resolution (ADR) package
   d. [✓]  Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ]  cross-complaint
   f. [✓]  other *(specify documents):* Statement of Damages, CCCS Addendum, Notice of Assignment, Minutes

3. a. Party served *(specify name of party as shown on documents served):*
      **Citrus and Allied Essences, LTD**

   b. [✓]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      **Edna Candari - Agent of Service**

4. Address where the party was served:
   **240 Deininger Cir., Corona, CA 92880**
5. I served the party *(check proper box)*
   a. [✓]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 01/12/09     (2) at *(time):*  13:40
   b. [ ]  **by substituted service.** On *(date):*            at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*        from *(city):*             or [ ] a declaration of mailing is attached.
      (5) [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

| PLAINTIFF/PETITIONER: Ismael Rosas, Gustavo Gomez, Regulo Arredondo | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Flavorchem Corporation, et al. | BC 400974 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **Citrus and Allied Essences, LTD**
    under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                             ☑ other: LTD

7. **Person who served papers**
  a. Name: James Jackson
  b. Address: 1442 E. Lincoln Ave., #201, Orange, CA 92865
  c. Telephone number: (714)748–4478
  d. **The fee for service was: $**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner  ☐ employee  ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: January 12, 2009

James Jackson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *James Jackson* (signature)
                          (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Alessandro G. Assanti, Esq.   (SBN: 181368)<br>Assanti and Associates, a PLC<br>33 Brookline St.<br>Aliso Viejo, CA 92653 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br><br>JAN 20 2009<br><br>JOHN A. CLARKE, CLERK<br><br>BY RAUL SANCHEZ, DEPUTY |

TELEPHONE NO.: (949)540-0439        FAX NO. *(Optional):*

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* Ismael Rosas, Gustavo Gomez and Regulo Arredondo

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

| | |
|---|---|
| PLAINTIFF/PETITIONER: Ismael Rosas, Gustavo Gomez, Regulo Arredondo | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Flavorchem Corporation, et al. | BC 400974 D-64 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:
    a. [✓]  summons
    b. [✓]  complaint
    c. [✓]  Alternative Dispute Resolution (ADR) package
    d. [✓]  Civil Case Cover Sheet *(served in complex cases only)*
    e. [ ]  cross-complaint
    f. [✓]  other *(specify documents):* Statement of Damages, CCCS Addendum, Notice of Assignment, Minutes

3.  a. Party served *(specify name of party as shown on documents served):*

    Flavorchem Corporation

    b. [✓]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

    **Onika Siegal - Secretary/Authorized to Accept Service**

4.  Address where the party was served:
    271 Calle Pintoresco, San Clemente, CA 92672
5.  I served the party *(check proper box)*
    a. [✓]  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date):* 01/14/09        (2) at *(time):* 15:10
    b. [ ]  **by substituted service.** On *(date):*         at *(time):*         I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

        (1) [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

        (2) [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

        (3) [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

        (4) [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*         from *(city):*         or [ ]  a declaration of mailing is attached.

        (5) [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: Ismael Rosas, Gustavo Gomez, Regulo Arredondo | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Flavorchem Corporation, et al. | BC 400974 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*             (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgment of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):*  Flavorchem Corporation
     under the following Code of Civil Procedure section:

    ☑ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                             ☐ other:

7. **Person who served papers**
  a. Name:  James Jackson
  b. Address:  1442 E. Lincoln Ave., #201, Orange, CA 92865
  c. Telephone number:  (714)748-4478
  d. The fee for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: January 14, 2009

James Jackson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *[signature]* (SIGNATURE)

# EXHIBIT 3

39

1   DEIDRE COHEN KATZ, State Bar No. 166261
    CHRISTOPHER M. MCDONALD, State Bar No. 198093
2   JONATHAN GULSVIG, State Bar No. 252833
    WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
3   1 City Boulevard West, Fifth Floor
    Orange, California 92868-3677
4   Telephone:  (714) 634-2522
    Facsimile:  (714) 634-0686
5
    Attorneys for Defendant
6   FLAVORCHEM CORPORATION

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  ISMAEL ROSAS, GUSTAVO GOMEZ and   ) Case No.
    REGULO ARREDONDO,                  )
12                                     ) [Los Angeles Superior Court
               Plaintiffs,             ) Case No. BC 400974]
13                                     )
          vs.                          ) **NOTICE OF CONSENT TO**
14                                     ) **REMOVAL**
    FLAVORCHEM CORPORATION, CITRUS     )
15  AND ALLIED ESSENCES, LTD., BERJE,  )
    INC., EASTMAN CHEMICAL COMPANY,    )
16  and DOES 1-100, inclusive,         )
                                       )
17             Defendants.             )
                                       )
18

19       Defendant BERJE, INC., by and through its undersigned counsel, hereby consents to

20  the removal of this action by defendant Flavorchem Corporation currently pending in the

21  Superior Court of the State of California, County of Los Angeles as Case No. BC 400974,

22  to the District Court of the United States for the district and division within which this

23  action is pending.

24  DATED: February 6, 2009          WILSON, ELSER, MOSKOWITZ,
                                     EDELMAN & DICKER LLP
25
26                                   By
                                        Thomas C. Corless
27                                      Attorneys for Defendant, BERJE, INC.

28
    Walsworth,                                    -1-
    Franklin,
    Bevins &
    McCall, LLP
    ATTORNEYS AT LAW
    578555.1
    3727-3.1785
    746302.1                                 **40**

# EXHIBIT 4

41

1 DEIDRE COHEN KATZ, State Bar No. 166261
CHRISTOPHER M. MCDONALD, State Bar No. 198093
2 JONATHAN GULSVIG, State Bar No. 252833
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
3 1 City Boulevard West, Fifth Floor
Orange, California 92868-3677
4 Telephone: (714) 634-2522
Facsimile:  (714) 634-0686
5
Attorneys for Defendant
6 FLAVORCHEM CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 ISMAEL ROSAS, GUSTAVO GOMEZ and      ) Case No.
   REGULO ARREDONDO,                    )
12                                       ) [Los Angeles Superior Court
              Plaintiffs,                ) Case No. BC 400974]
13                                       )
         vs.                             ) **NOTICE OF CONSENT TO**
14                                       ) **REMOVAL**
   FLAVORCHEM CORPORATION, CITRUS      )
15 AND ALLIED ESSENCES, LTD., BERJE,    )
   INC., EASTMAN CHEMICAL COMPANY,     )
16 and DOES 1-100, inclusive,           )
                                         )
17              Defendants.              )

18         Defendant Citrus & Allied Essences, Ltd., by and through its undersigned counsel,

19 hereby consents to the removal of this action by defendant Flavorchem Corporation

20 currently pending in the Superior Court of the State of California, County of Los Angeles as

21 Case No. BC 400974, to the District Court of the United States for the district and division

22 within which this action is pending.

23 Dated: 2/9/09                    GORDON & REES LLP

24

25                                   By:  _Kara Persson_____
                                          Russell P. Brown
26                                        Thomas J. Tobin
                                          Kara Persson
27                                        Attorneys for Defendant CITRUS AND
                                          ALLIED ESSENCES LTD., a New
28                                        York corporation

Walsworth,
Franklin,                                         -1-
Bevins &
McCall, LLP
ATTORNEYS AT LAW

578555.1
3727-3.1785                              42

# EXHIBIT 5

43

DEIDRE COHEN KATZ, State Bar No. 166261
CHRISTOPHER M. MCDONALD, State Bar No. 198093
JONATHAN GULSVIG, State Bar No. 252833
WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP
1 City Boulevard West, Fifth Floor
Orange, California 92868-3677
Telephone:  (714) 634-2522
Facsimile:   (714) 634-0686

Attorneys for Defendant
FLAVORCHEM CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ISMAEL ROSAS, GUSTAVO GOMEZ and REGULO ARREDONDO, | ) Case No. |
| Plaintiffs, | ) [Los Angeles Superior Court ) Case No. BC 400974] |
| vs. | **NOTICE OF CONSENT TO REMOVAL** |
| FLAVORCHEM CORPORATION, CITRUS AND ALLIED ESSENCES, LTD., BERJE, INC., EASTMAN CHEMICAL COMPANY, and DOES 1-100, inclusive, | ) ) ) ) |
| Defendants. | ) ) |

Defendant Eastman Chemical Company, by and through its undersigned counsel, hereby consents to the removal of this action by defendant Flavorchem Corporation currently pending in the Superior Court of the State of California, County of Los Angeles as Case No. BC 400974, to the District Court of the United States for the district and division within which this action is pending.

DATED:  February ___, 2009

STEPTOE & JOHNSON LLP

By: _____
Lawrence P. Riff
Matthew A. Williams
Attorneys for Defendant
EASTMAN CHEMICAL COMPANY

-1-

Walsworth,
Franklin,
Bevins &
McCall, LLP
*ATTORNEYS AT LAW*

578555.1
3727-3 1785

**44**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| ISMAEL ROSAS, GUSTAVO GOMEZ and REGULO ARREDONDO, | FLAVORCHEM CORPORATION, CITRUS AND ALLIED ESSENCES, LTD., BERJE, INC., EASTMAN CHEMICAL COMPANY |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| A.G. Assanti & Associates, a PLC, 33 Brookline Street, Aliso Viejo, CA 92565 | WALSWORTH, FRANKLIN, BEVINS & McCALL, LLP 1 City Boulevard West, Fifth Floor Orange, California 92868-3677 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No      ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
(1) Products Liability and (2) Negligence. Defendant removes this action from state court on basis of diversity per 28 U.S.C. sections 1441 and 1332(a).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☒ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 446 American with Disabilities - Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**CV09-0991**

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All plaintiffs reside in Los Angeles County. | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Flavorchem Corporation: Illinois; Citrus and Allied Essences, LTD.: New York; Berje, Inc.: New York/New Jersey; Eastman Chemical Company: Delaware/Tennessee |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note:  In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Christopher M McDonald_     Date  2-9-09

**Notice to Counsel/Parties:**   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV09- 991 PA (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.